IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 5:14-cv-876-H

SELINA MILLER,

    Plaintiff,

v.

                                **ORDER**

MICHAEL JORDAN,

    Defendant.

This matter is before the court for frivolity review following the court's entry of an order requiring plaintiff to particularize her complaint as well as on plaintiff's motion for ADR/Hearing Reconsideration. Plaintiff filed an amended complaint on June 22, 2015. United States Magistrate Judge Kimberly A. Swank filed a Memorandum and Recommendation ("M&R") on July 27, 2015, recommending that plaintiff's claims be dismissed and that her motion for ADR/Hearing Reconsideration be denied. No objections have been filed, and the time for doing so has expired. Therefore, this matter is ripe for adjudication.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the

magistrate judge is, in all respects, in accordance with the law and should be approved.

Accordingly, the court hereby adopts the recommendation of the magistrate judge as its own; and, for the reasons stated therein, plaintiff's claims are DISMISSED and plaintiff's motion for ADR/Hearing Reconsideration is DENIED. The clerk is directed to close the case.

This 20th day of August 2015.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26